# Monte W. Lowderman
## Auctioneer, CAI

*"Making A Difference For You"*

P.O. Box 488
Macomb, Illinois    61455

Phone (309) 833-5543        Home Phone (309) 836-SELL (7355)        Cell: (309) 255-0110
Email: monte@lowderman.com                                         website: www.lowderman.com

Billing Date: November 1, 2015

Jeana Reinbold
Attorney at Law
Springfield, Illinois

# INVOICE

| | | | |
|---|---|---|---|
| Evaluation: | Bradford Case | | |
| Location: | 804 Main Street | | |
| | Carthage, Illinois | | |

**Charges:**

| | | | | |
|---|---|---|---|---|
| Inspection Hrs. | 3 ½ hours | Includes Travel Time | | |
| | _____ | No Mileage Charged | | |
| | 3 ½ hours | Time @ $50.00 / hour | $ | 175.00 |
| Office Hrs. | 2 hours | Includes Research and Composing | | |
| | _____ | | | |
| | 2 hours | @ $25.00 / hour | $ | 50.00 |

**TOTAL DUE:**                                              $ 225.00

Respectively Submitted By;


Monte W. Lowderman