# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

In re: §
　　　　　　　　　　　　　　　　　　§
Roy D Bradford　　　　　　　　　　　§　Case No. 15-80473
Jennifer S. Bradford　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　§
　　　　　　　Debtors　　　　　　　　§

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/25/2015. The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of　　　　　　$　　1,807.07

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 225.00 |
| Bank service fees | 80.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]　　　$ | 1,502.07 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 09/12/2015 and the deadline for filing governmental claims was 09/21/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 451.77 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 451.77 , for a total compensation of $ 451.77 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 20.31 , for total expenses of $ 20.31 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/13/2016                By:/s/Jeana K. Reinbold, Trustee
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 15-80473 | TLP | Judge: | Thomas L. Perkins | Trustee Name: | Jeana K. Reinbold, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Roy D Bradford | | | | Date Filed (f) or Converted (c): | 03/25/2015 (f) |
| | Jennifer S. Bradford | | | | 341(a) Meeting Date: | 05/15/2015 |
| For Period Ending: | 05/18/2016 | | | | Claims Bar Date: | 09/12/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate at 752 N. Dean, Bushnell, IL | 107,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3. Checking account at Raritan State Bank | 0.00 | 0.00 | | 0.00 | FA |
| 4. Bank Accounts at First Bankers Trust Accounts ending in 1481 and 1812 | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Table, couch & loveseat | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Household Goods and Furnishings | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 100.00 | 0.00 | | 0.00 | FA |
| 8. Furs & Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 9. Fishing Equipment | 50.00 | 0.00 | | 0.00 | FA |
| 10. 2004 Chevy Trailblazer | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 2013 Chevy Cruise | 20,000.00 | 0.00 | | 0.00 | FA |
| 12. Setoff by Raritan State Bank / Preference (u) | 3,059.70 | 1,807.07 | | 1,807.07 | FA |
| 13. Tax refunds (u) | 0.00 | 0.00 | | 0.00 | FA |
| 14. Wages (u) | 222.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　　　$139,041.70　　　$1,807.07　　　$1,807.07　　　$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Sale of Bushnell real estate (abandoned).

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Page: 2

Case 15-80473    Doc 46    Filed 05/18/16    Entered 05/18/16 14:45:34    Desc Main
Initial Projected Date of Final Report (TFR): 03/31/2016        Current Projected Date of Final Report (TFR): 05/31/2016
              Document      Page 4 of 12

Exhibit A

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | |
|---|---|---|---|
| Case No: | 15-80473 | Trustee Name: | Jeana K. Reinbold, Trustee |
| Case Name: | Roy D Bradford | Bank Name: | Associated Bank |
| | Jennifer S. Bradford | Account Number/CD#: | XXXXXX4058 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5037 | Blanket Bond (per case limit): | $114,123,713.00 |
| For Period Ending: | 05/18/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/10/15 | 12 | Raritan State Bank<br>c/o Rehn & Skinner, LLC<br>5 East Simmons Street<br>Galesburg, IL 61401 | Preference<br>See Court Doc. 22 | 1241-000 | $1,807.07 | | $1,807.07 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,797.07 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,787.07 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,777.07 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,767.07 |
| 12/05/15 | 3001 | LOWDERMAN AUCTION COMPANY<br><br>PO Box 488<br>Macomb, IL 61455 | Auctioneer fees<br>See Court Doc. 40 | 3610-000 | | $225.00 | $1,542.07 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,532.07 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,522.07 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,512.07 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $1,502.07 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $1,807.07 | $305.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,807.07 | $305.00 |
| Page Subtotals: | $1,807.07 | $305.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

| | | |
|---|---|---|
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,807.07 | $305.00 |

Exhibit B

Page Subtotals: $0.00 $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4058 - Checking | $1,807.07 | $305.00 | $1,502.07 |
|  | $1,807.07 | $305.00 | $1,502.07 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $1,807.07 |
| Total Gross Receipts: | $1,807.07 |

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 15-80473  
Debtor Name: Roy D Bradford  Jennifer S. Bradford  
Claims Bar Date: 9/12/2015  

Date: May 18, 2016

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR Comenity Bank PO Box 788 Kirkland, WA 98083 | Unsecured | | $833.00 | $880.26 | $880.26 |
| 2 300 7100 | Financial Adjustment Bureau Inc. 612 Jefferson Burlington, Ia 52601 | Unsecured | | $213.00 | $220.25 | $220.25 |
| 3 300 7100 | World Finance Corporation c/o World Acceptance Corporation Attn: Bankruptcy Processing Center P.O. Box 6429 Greenville, SC 29606 | Unsecured | | $2,649.00 | $1,184.58 | $1,184.58 |
| 4 300 7100 | World Finance Corporation c/o World Acceptance Corporation Attn: Bankruptcy Processing Center P.O. Box 6429 Greenville, SC 29606 | Unsecured | | $0.00 | $1,422.09 | $1,422.09 |
| 5 300 7100 | Cavalry Spv I, Llc Bass & Associates, P.C 3936 E Ft. Lowell Road Suite #200 Tucson, Az 85712 | Unsecured | | $0.00 | $2,606.10 | $2,606.10 |
| 6 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporation 25 Se 2Nd Avenue Suite 1120 Miami, Fl 33131-1605 | Unsecured | | $249.00 | $255.61 | $255.61 |
| 7 300 7100 | Capital Recovery V, Llc C/O Recovery Management Systems Corporation 25 Se 2Nd Avenue Suite 1120 Miami, Fl 33131-1605 | Unsecured | | $820.00 | $820.20 | $820.20 |
| 8 300 7100 | Pyod Llc C/O Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $899.00 | $954.65 | $954.65 |
| 9 300 7100 | Pyod Llc C/O Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $2,217.00 | $2,315.45 | $2,315.45 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-80473  
Debtor Name: Roy D Bradford  Jennifer S. Bradford  
Claims Bar Date: 9/12/2015  
Date: May 18, 2016

| Code# | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 10<br>350<br>7200 | ALLY FINANCIAL<br>P.O. Box 78369<br>Phoenix, AZ 85062-8369 | Unsecured | | $25,237.00 | $13,575.31 | $13,575.31 |
| | Case Totals | | | $33,117.00 | $24,234.50 | $24,234.50 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-80473
Case Name: Roy D Bradford
               Jennifer S. Bradford
Trustee Name: Jeana K. Reinbold, Trustee

      Balance on hand        $     1,502.07

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Jeana K. Reinbold | $ 451.77 | $ 0.00 | $ 451.77 |
| Trustee Expenses: Jeana K. Reinbold | $ 20.31 | $ 0.00 | $ 20.31 |

    Total to be paid for chapter 7 administrative expenses     $    472.08

    Remaining Balance     $    1,029.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,659.19 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 880.26 | $ 0.00 | $ 85.06 |
| 2 | Financial Adjustment Bureau Inc. | $ 220.25 | $ 0.00 | $ 21.28 |
| 3 | World Finance Corporation | $ 1,184.58 | $ 0.00 | $ 114.47 |
| 4 | World Finance Corporation | $ 1,422.09 | $ 0.00 | $ 137.42 |
| 5 | Cavalry Spv I, Llc | $ 2,606.10 | $ 0.00 | $ 251.83 |
| 6 | Capital Recovery V, Llc | $ 255.61 | $ 0.00 | $ 24.70 |
| 7 | Capital Recovery V, Llc | $ 820.20 | $ 0.00 | $ 79.26 |
| 8 | Pyod Llc | $ 954.65 | $ 0.00 | $ 92.24 |
| 9 | Pyod Llc | $ 2,315.45 | $ 0.00 | $ 223.73 |

Total to be paid to timely general unsecured creditors     $ 1,029.99

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 13,575.31 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | ALLY FINANCIAL | $ 13,575.31 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE